I would have all or none and so parted but upon Second Considrations haveing occation to pay Some Small debts for y$^e$ Said Hands I went unto Cap$^t$: Clarke & was content at present to take y$^e$ one halfe but did never See y$^e$ Invoyce of y$^e$ Goods nor what there was come but he did tell me there was ten bar$^{lls}$ of Pouder & as I remember Some Ruggs & other Goods the halfe of w$^{ch}$ he said I might have I did at present take one bb: of pouder & presantly after Cap$^t$ Clarke fell Sick at m$^r$: Treeks and there I went unto him for another w$^{ch}$ m$^r$ Treek did Deliver me & before I went for any more here Came News of m$^r$ Hands his Death & then Cap$^t$ Clarke would lett me have noe more, though I did make y$^t$ app$^r$ by a bill of Loading that Mark Hands did send me and did shew y$^t$ unto Cap$^t$ Clarke wherein was Expressed y$^e$ 5 butts of Sug$^r$ Shipped by Daniell Bur for y$^e$ proper Acc$^t$ of Marke Hands and Signed by Amos foard who did Carry y$^e$ 5 butts from Barbados to London but this bill of Lading I cannot Since finde and know not wether I Left y$^t$ w$^{th}$ Cap$^t$ Clarke in his Counting House or not, also there is Severall Letters y$^t$ I did make y$^t$ appeare to Cap$^t$ Clarke y$^t$ he had nothing to doe w$^{th}$ y$^e$ Goods y$^t$ he hath Kept all but y$^e$ 2 bb$^s$ of powder Neither did there ever Come y$^e$ worth of one peny to me of y$^e$ Goods shipped in Joseph Grafton or any acc$^t$: of y$^t$ and further Saith not.

John Winslow

Sworne in Court y$^e$ 31th 11m$^o$ 1671 as Attests FreeGrace Bendall Cleric.

Clarke's reasons of appeal have not been found; Brackett's and Brattle's answer thereto (S. F. 1090.3) alleged that there was no effect in the summons, and reviewed the facts in the case, with a good many references to "widdows" and "orphants." "His pretence of producing an account in company to y$^e$ last court is a meer collusion . . ."; and in conclusion:

. . . it is humbly hoped that it will be evident y$^t$ y$^e$ orphants Interest is unjustly detained or interrupted by y$^e$ now [plan]tiff under colour and pretenc of partnership, & that upon that single con[sidera]tion the judgment now appealed from is just and legall, and that the cours of commerce and faith that is given in trade, reason, reputation, religion, & definitive law y$^t$ is established by y$^e$ most high & just judg. Exodus. 22. 11th determineth y$^t$ an oath of y$^e$ land ought to be between us, or if y$^e$ goods be by any dividable Interest torn in peices, let him bring it for a witnesse. And in y$^t$ judgment y$^t$ y$^e$ only wise judg shall direct this honoured court to give we shall acquiesce in y$^e$ orphants behalf, & pray y$^t$ in this & in all other your determinations y$^u$ may have divine assistanc and direction, being

Your honours Suppliants and servants.

Tho: Brattle
Peter Brackett

Boston the 5th of March 1671/2

See also the next two entries in the text, and below p. 79.]

## BRACKETT &c v. CLARKE

Peter Brackett & Thomas Brattle Guardians as afores$^d$ against Cap$^t$ Thomas Clarke Defend$^t$ according to Attachm$^t$ Dat y$^e$ 25th of January 1671 the pl$^t$ withdrew his Action.